PORTER | SCOTT
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Washington N. Gwarada, SBN 340316
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
wgwarada@porterscott.com

Attorneys for Defendants, CITY OF ROSEVILLE, DANIELLE ERIKSEN, ETHAN WYKE, HAYDEN FIGUEROA
***Exempt from filing fee pursuant to Government Code section 6103***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STEPHEN DUFFERT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ROSEVILLE, a public entity; DANIELLE ERIKSEN, individually and in her individual capacity; ETHAN WYKE, individually and in his individual capacity; HAYDEN FIGUEROA, individually and in his individual capacity; and DOES 1 through 50, inclusive,<br><br>Defendants. / | **Case No.: 2:26-cv-02212-TLN-AC PS**<br><br>**~~PROPOSED~~ ORDER ON DEFENDANTS CITY OF ROSEVILLE, DANIELLE ERIKSEN, ETHAN WYKE, HAYDEN FIGUEROA'S EX PARTE APPLICATION FOR AN EXTENSION TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Compl. Filed:<br>Trial Date: Not Set |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFORE, the Defendants' ex parte application for an extension of time to respond to Plaintiff's Complaint is hereby APPROVED.

IT IS HEREBY ORDERED that Defendants CITY OF ROSEVILLE, DANIELLE ERIKSEN, ETHAN WYKE, and HAYDEN FIGUEROA shall file their response to Plaintiff's Complaint by August 6, 2026.

Dated: July 16, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE