UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD STEPHEN DUFFERT,

Plaintiff,

v.

CITY OF ROSEVILLE, et al.,

Defendants.

No. 2:26-cv-2212 TLN AC PS

ORDER

Plaintiff paid the filing fee and is proceeding in this action in pro se. Pre-trial matters are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21). On August 6, 2026, defendants filed a motion to dismiss set to be heard on September 30, 2026. ECF No. 7. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was August 20, 2026. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of September 30, 2026 is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails

////

to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED: August 25, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE